UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDREWS

VERSUS

LIVINGSTON PARISH
DETENTION CENTER

CIVIL ACTION

20-556-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 22, 2021, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on April 29, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 8.